# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 31, 2021

## NO. 03-21-00284-CV

**Jeffrey Olson and Deborah Olson, Appellants**

**v.**

**Sabre Commercial, Inc., Appellee**

## APPEAL FROM THE 428TH DISTRICT COURT OF HAYS COUNTY
## BEFORE JUSTICES GOODWIN, BAKER, AND SMITH
## DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE BAKER

This is an appeal from the judgment signed by the trial court on April 23, 2021. Having reviewed the record, the Court holds that appellants have not prosecuted their appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Appellants shall pay all costs relating to this appeal, both in this Court and in the court below.